UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

CLARENCE ROBINSON JR.

CRIMINAL ACTION

NO. 94-26-JJB

**RULING AND ORDER**

The court has carefully considered defendant's Writ of Error Audita Querela, the record, the law applicable to this action, the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger, dated June 19, 2014 (doc. no. 126), and the objection filed by defendant on July 7, 2014.

Despite the inventive arguments made by defendant, the court finds that the factual and legal conclusions of the magistrate judge are clearly correct. The report and recommendation is hereby APPROVED and ADOPTED as the court's reasons herein.

Accordingly; IT IS ORDERED that defendant's Writ of Error Audita Querela (doc. 122) be DENIED.

Baton Rouge, Louisiana, July 10th, 2014.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA